1  Steve Morris, Nevada Bar No. 1543
2  Jean-Paul Hendricks, Nevada Bar No. 10079
   MORRIS LAW GROUP
3  411 E. Bonneville Ave., Ste. 360
   Las Vegas, Nevada 89101
4  Telephone: (702) 474-9400
   sm@morrislawgroup.com
5  jph@morrislawgroup.com

6  Victoria E. Brieant (Pro Hac Vice forthcoming)
7  LAW OFFICE OF VICTORIA E. BRIEANT, P.A.
   4000 Ponce de Leon Blvd., Ste. 470
8  Coral Gables, Florida 33146
   Telephone: (305) 421-7200
9  victoria@brieantlaw.com

10  Attorneys for Plaintiff

11

12            UNITED STATES DISTRICT COURT

13               DISTRICT OF NEVADA

14  ESTRELLA FRANCHISING CORP.,  )  Case No.
    a Florida corporation,       )
15                               )
                                 )
16            Plaintiff,         )  **COMPLAINT**
                                 )
17  v.                           )  **JURY TRIAL DEMANDED**
                                 )
18  AMERICAN ACCESS AGENCY OF    )
    NEVADA, LLC, a Nevada limited )
19  liability company, its officer DON )
    TURNER, an Individual, and   )
20  AMERICAN ACCESS CASUALTY     )
    COMPANY, an Illinois corporation, )
21                               )
                                 )
22                               )
                                 )
23            Defendants.        )

24       Plaintiff Estrella Franchising Corp. ("Estrella") complains and

25  alleges against Defendants American Access Agency of Nevada, LLC

26  ("Access Agency"), its officer Don Turner ("Turner"), and its franchisor or

27  affiliate American Access Casualty Company ("American Access"),

28  (collectively "Defendants"), and each of them as follows:

MORRIS LAW GROUP
411 E. BONNEVILLE AVE., STE. 360 · LAS VEGAS, NEVADA 89101
702/474-9400 · FAX 702/474-9422

1.    This is an action for: (a) federal trademark infringement pursuant to 15 U.S.C. § 1114; (b) false designation of origin, false advertising, and unfair competition in violation of 15 U.S.C. § 1125(a); (c) dilution of interest in trademarks in violation of 15 U.S.C. § 1125(c); (d) cyber-piracy in violation of 15 U.S.C. § 1125(d); (e) unjust enrichment;    (f) common law unfair competition; (g) common law trademark infringement;    (h) intentional interference with prospective economic advantage in violation of the laws for the State of Nevada; (i) misappropriation of trademarks in violation of the laws for the State of Nevada; and (j) deceptive trade practices in violation of N.R.S. § 598.0915.

2.    This action arises out of Defendants' unlawful marketing, distribution and sale of insurance brokerage services that use the federally registered "Estrella Insurance" word mark, and the words "Estrella Insurance" in conjunction with an image of a star (explained below), without the authorization or permission of Plaintiff Estrella Franchising Corp., owner of these trademarks.    Based upon the unlawful use of Estrella's "Estrella Insurance" word mark, and word plus image of a star, Defendants' services, signage, advertising and promotional materials and trade names infringe and dilute Estrella's strong, distinctive and famous Estrella Insurance trademarks in a manner that is likely to cause confusion, mistake and deception among consumers and likely to dilute the distinctive qualities of the famous Estrella Insurance trademarks.

3.    As the owner of the trademark "Estrella Insurance"®, Estrella has the exclusive right  to use and license "Estrella Insurance" for insurance brokerage services in the State of Nevada.  Defendants' unauthorized use of "Estrella Insurance" and "Estrella Insurance" with the image of a star have prevented Estrella from establishing franchises in the State of Nevada, causing Estrella substantial damages and irreparable harm.

MORRIS LAW GROUP
411 E. BONNEVILLE AVE., STE. 360 · LAS VEGAS, NEVADA 89101
702/474-9400 · FAX 702/474-9422

**PARTIES**

4.      Plaintiff Estrella Franchising Corp. is a Florida corporation with its principal place of business located at 3750 W. Flagler Street, Miami, Florida 33134.

5.      On information and belief, Defendant American Access Agency of Nevada, LLC is a Nevada Limited-Liability Corporation with its principle place of business in Las Vegas, Nevada.  Access Agency provides insurance brokerage services in Las Vegas under the trade name "Estrella".  Its registered agent for service is CSC Services of Nevada, Inc., of 2215-B Renaissance Drive, Las Vegas, Nevada 89119.

6.      On information and belief, Defendant Don Turner, is the sole officer or member of Defendant Access Agency.  Defendant Turner has an address of 2211 Butterfield Road, Downers Grove, Illinois 60515.  On information and belief, Defendant Turner has personally controlled, ratified, participated in and/or been the moving force behind the infringing activities of Defendant Access Agency.

7.      On information and belief, Defendant American Access Casualty Company is a corporation with an address of 2211 Butterfield Rd. Suite 200, Downers Grove, IL 60515, doing business in Nevada.  According to its website, "American Access Casualty Company, incorporated in December of 1999, started operations in the Chicago metropolitan market, later expanding to Illinois, Indiana, Nevada, Arizona and most recently Texas." https://www.aains.com/about-us/ Defendant American Access "specializes in automobile insurance directed towards the Hispanic community." https://www.aains.com/ On information and belief, American Access is a licensor, franchisor, or affiliate of Defendant Access Agency.

8.      The Defendants have each actively participated in the actions alleged herein.

MORRIS LAW GROUP

411 E. BONNEVILLE AVE., STE. 360 · LAS VEGAS, NEVADA 89101
702/474-9400 · FAX 702/474-9422

**JURISDICTION AND VENUE**

9.     This Court has original subject matter jurisdiction over this claim pursuant to the Lanham Act, 15 U.S.C. §1051 et seq.  The Court has original subject matter jurisdiction pursuant to 28 U.S.C. § 1338 and supplemental jurisdiction over the state claims pursuant to 28 U.S.C. § 1367.

10.     Venue is proper in this District pursuant to 28 U.S.C. §1391(b) and (c), and the Lanham Act, because the actions herein alleged took place within this jurisdiction and/or because all Defendants are either found in this District or are otherwise subject to personal jurisdiction in this District.

**GENERAL ALLEGATIONS**

**THE FACTS**

**The Estrella Trademarks**

11.     Plaintiff Estrella promotes its brand by franchising insurance brokerage services.  For almost 40 years, Estrella has licensed hundreds of individually-owned entities to do business as "Estrella Insurance".  As part of its franchise services, Estrella offers support for its franchisees in organization, training, management, and marketing.  As part of its franchise agreement, Estrella licenses the use of the trademarks at issues in this lawsuit. In turn, Estrella's franchisees pay Estrella royalties.  Estrella's franchisees provide insurance brokerage services under the name "Estrella Insurance"®.

12.     Estrella is the owner of U.S. Service Mark Reg. No. 2,064,814 for the Word Mark ESTRELLA INSURANCE for "insurance brokerage services." Pursuant to Section 7 of the United States Trademark Act (15 U.S.C. § 1057), this registration is prima facie proof of Estrella's ownership of and exclusive right to use the Estrella Insurance® word mark.  A copy of the registration is attached hereto as Exhibit A.

. . .

MORRIS LAW GROUP

411 E. BONNEVILLE AVE., STE. 360 · LAS VEGAS, NEVADA 89101
702/474-9400 · FAX 702/474-9422

13. Estrella is the owner of U.S. Service Mark Reg. No. 2,037,199 for



the ESTRELLA INSURANCE design plus words, as follows: for "insurance brokerage services".  Pursuant to Section 7 of the United States Trademark Act, 15 U.S.C. § 1057, this registration is prima facie proof of Estrella's ownership of and exclusive right to use the Estrella Insurance design plus words mark set forth above.  A copy of the registration is attached hereto as Exhibit B.  Color is not part of the mark.

14. U.S. Service Mark Reg. No. 2,064,814 for the Word Mark ESTRELLA INSURANCE for "insurance brokerage services" and U.S. Service Mark Reg. No. 2,037,199 for the ESTRELLA INSURANCE design plus words, as set forth in Paragraph 12 above are referred to collectively herein as "The Estrella Marks".

15. By Estrella's use, and through extensive advertising, promotion and sales throughout the United States, Estrella has developed substantial goodwill, consumer recognition and value in the distinctive The Estrella Marks, including the Estrella Insurance® trademark.  As a result of Estrella's use of The Estrella Marks including the Estrella Insurance® trademark, the Estrella Insurance® insurance brokerage services have come to be widely

MORRIS LAW GROUP

411 E. BONNEVILLE AVE., STE. 360 · LAS VEGAS, NEVADA 89101
702/474-9400 · FAX 702/474-9422

5

known and recognized in the United States as a high-quality automobile insurer.

16.    Estrella has developed substantial and valuable goodwill in The Estrella Marks through advertising, industry recognition, and a history of providing high quality services under The Estrella Marks. As a result, Estrella has developed widespread recognition and secondary meaning in The Estrella Marks throughout the United States, all of which has inured and continues to inure to Estrella's substantial benefit.

17.    Estrella and its authorized franchisees have the exclusive license to use and license others to use the trade name "Estrella Insurance". The Estrella Marks are distinctive and famous and have acquired secondary meaning.

18.    The Estrella Marks are utilized in interstate commerce.

19.    The Estrella Marks have been very widely advertised and promoted by Estrella over the years, specifically with regard to the sale and service of insurance brokerage services and more specifically auto insurance, and the granting of rights to operate Estrella franchised locations.

20.    Estrella has more than 100 franchise locations in Florida, California, Arizona, and soon to be in Texas. It intends to add locations in Nevada, but is unable to do so because of Defendants' unauthorized use of The Estrella Marks. Estrella has a strong marketing and advertising presence in both the Spanish and English languages and including all media such as TV, radio, outdoor and most importantly the Internet.

21.    Estrella and its franchisees have spent a considerable amount of time, effort, and money to promote The Estrella Marks, as a result of which the general public in the various markets in which Estrella and its franchisees operate have come to know and recognize The Estrella Marks, and to associate them exclusively with products and services offered by Estrella and

its franchises. The Estrella Marks are assets of inestimable value to Estrella, representing and embodying Estrella's considerable goodwill and favorable reputation.

### **Defendants' Infringing and Dilutive Activities**

22. Defendants Access Agency, Turner and American Access working together in concert have, and continue to, market, distribute and sell insurance brokerage services using the Estrella Insurance® word mark on its own and in conjunction with a star in United States commerce and in this district, without Estrella's authorization.

23. Defendant Access Agency offers insurance brokerage services under the name Estrella Insurance in conjunction with the image of a star: ★**Estrella Insurance**, and continues to use the URL http://www.directoestrella.com.

24. Defendant Access Agency's use of Estrella Insurance plus a star as its name, on its office signage, billboards, website and in its domain name creates a likelihood of confusion.

25. In addition, Estrella owns the following domain names:

estralladirecto.com;

estrelladirect.com;

Estrellainsurance.com;

nicolasestrella.com;

estrellaseguros.com;

theestrellaranch.com;

estrellafranchise.com; and

nicolasestrellajr.com.

26. Defendant Access Agency obtained and uses the domain name directoestrella.com and offers insurance brokerage services at physical locations and over its website under the name "directoestrella". Defendant

MORRIS LAW GROUP

411 E. BONNEVILLE AVE., STE. 360 · LAS VEGAS, NEVADA 89101
702/474-9400 · FAX 702/474-9422

Access Agency's use of directoestrella.com creates a likelihood of confusion.

27. In a further effort to unlawfully infringe, dilute and confuse, without Estrella's knowledge or authorization, on or about August 8, 2011, defendants American Access and Turner applied for, and thereafter received a state trademark issued by the State of Nevada for "ESTRELLA INSURANCE" as a brand name or service mark for insurance. A true and correct copy of the State of Nevada trademark registration of "Estrella Insurance" by Access Agency and its owner Turner is attached hereto as Exhibit C.

28. In filing its State of Nevada trademark application, defendants Access Agency and Turner represented:

> The applicant herein states that he has read the above application and that the statement and facts set out therein are true that the mark is currently in use by the applicant; that to the best of his knowledge and belief the applicant is the owner of the mark sought to be registered and no other person has the right in the State of Nevada to use such mark either in the identical form set forth in the application or in such near resemblance to it as might, when applied to the goods or services of such other person, cause confusion or cause mistake or be calculated to deceive.

29. Upon information and belief, at the time of their application to the Nevada Secretary of State, defendants Access Agency and Turner were aware of the fact that the Nevada Secretary of State does not conduct a search of federally registered trademarks which might be implicated by such an application, does not undertake any other actions to either verify the accuracy of an applicant's representations, or to notify any previously registered owners of federally protected trademarks about pending applications that have been filed with the Nevada Secretary of State's office. *See* State of

MORRIS LAW GROUP
411 E. BONNEVILLE AVE., STE. 360 · LAS VEGAS, NEVADA 89101
702/474-9400 · FAX 702/474-9422

Nevada Mark Registration Form (Pursuant to N.R.S. § 600 et seq.) Page attached as Exhibit D.

30.    In their application to the Nevada Secretary of State for its "ESTRELLA INSURANCE" trademark for insurance, the Defendants intentionally, willfully and fraudulently failed to disclose Estrella's exclusive federally registered The Estrella Marks including the ESTRELLA INSURANCE® trademark for insurance brokerage services.

31.    Customers and potential customers mistakenly believe that defendant Access Agency is affiliated or associated with Estrella.

32.    Defendants have caused and are likely to continue to cause confusion, mistake, or deception among consumers as to the origin, source, sponsorship, approval or genuineness of the insurance services provided by defendant Access Agency. On or about June 28, 2017, Estrella placed defendant Agency Access on formal notice of its rights and demanded that Agency Access cease use of The Estrella Marks in its name.  A copy of the cease and desist letter is attached hereto as Exhibit E.  Defendant Access Agency did not respond to Estrella's cease-and-desist letter.

33.    On information and belief, defendant Access Agency has been or should have been aware of Estrella and its use of The Estrella Marks.

34.    On information and belief, the only purpose for defendant Access Agency using Estrella Insurance as its name has been to mislead the public into believing that the company and its services were sponsored by or affiliated with Estrella.

35.    Before the Defendants commenced their use of the Estrella Insurance® word mark for insurance brokerage services in United States commerce, they were or should have been fully aware of Estrella's duly granted federal registration for and/or of its federally protected right to the exclusive use of The Estrella Marks, including the Estrella Insurance® word

MORRIS LAW GROUP

411 E. BONNEVILLE AVE., STE. 360 · LAS VEGAS, NEVADA 89101
702/474-9400 · FAX 702/474-9422

trademark for insurance brokerage services in the United States.

36.    Unless enjoined, the Defendants will continue to use the Estrella Insurance® word mark and make false and misleading statements in violation of Estrella's rights.

37.    The Defendants' acts have caused and, unless enjoined, will continue to cause, serious and irreparable injury to Estrella, its business and its reputation, and to its valuable The Estrella Marks, including Estrella Insurance® word mark and the goodwill appurtenant thereto and to the public.

38.    Plaintiff Estrella has no adequate remedy at law.

39.    The Defendants have caused Estrella to suffer loss of profits and other damage, and the Defendants have obtained illegal profits and have otherwise been unjustly enriched in an amount to be proven at trial.

## FIRST CLAIM FOR RELIEF

**Violation of 15 U.S.C. §1114, Infringement under the Lanham Act, of U.S. Service Mark Reg. No. 2,064,814 for the ESTRELLA INSURANCE® Word Mark Against Access Agency and Turner**

40.    Estrella incorporates and realleges the foregoing paragraphs as though fully set forth herein.

41.    Estrella is the owner of U.S. Service Mark Reg. No. 2,064,814 for the ESTRELLA INSURANCE® word mark for "insurance brokerage services". A copy of the registration is attached hereto as Exhibit A. Color is not part of the mark.

42.    Defendants Access Agency and its member Turner, without authorization, used and are using the registered mark ESTRELLA INSURANCE® in commerce in connection with the sale, offer for sale, distribution, and advertisement of insurance brokerage services.

43.    Defendants' unauthorized use of the registered mark ESTRELLA

MORRIS LAW GROUP
411 E. BONNEVILLE AVE., STE. 360 · LAS VEGAS, NEVADA 89101
702/474-9400 · FAX 702/474-9422

MORRIS LAW GROUP

411 E. BONNEVILLE AVE., STE. 360 · LAS VEGAS, NEVADA 89101
702/474-9400 · FAX 702/474-9422

INSURANCE® is likely to cause confusion, mistake, or to deceive the public as to the source of goods and services.

44.   By reason of the foregoing, Estrella asserts a claim against Defendants for injunctive relief and monetary damages for service mark infringement pursuant to 15 U.S.C. § 1114.

45.   On information and belief, defendant Access Agency has or should have been aware of the ESTRELLA INSURANCE® word mark since before its own trademark registration with the state of Nevada in 2011 and has continued use of the same mark, Estrella Insurance, in complete disregard for Estrella's rights in the mark.

46.   By reason of the foregoing, Estrella asserts claims against Defendants for willful service mark infringement.

## SECOND CLAIM FOR RELIEF

**Violation of 15 U.S.C. §1114, Infringement Under the Lanham Act, of U.S. Service Mark Reg. No. 2,037,199 for ESTRELLA INSURANCE Design Plus Words Against Access Agency and Turner**

47.   Estrella incorporates and realleges the foregoing paragraphs as though fully set forth herein.

48.   Estrella is the owner of U.S. Service Mark Reg. No. 2,037,199 for the ESTRELLA INSURANCE design plus words, as follows:



for insurance brokerage services.  A copy of the registration is attached hereto as Exhibit B.  Color is not part of the mark.

49.     Defendants Access Agency and its member Turner, without authorization, used and are using the registered mark ESTRELLA INSURANCE design plus words in commerce in connection with the sale, offer for sale, distribution, and advertisement of insurance brokerage services.

50.     Defendants' unauthorized use of the registered mark ESTRELLA INSURANCE design plus words is likely to cause confusion, mistake, or to deceive the public as to the source of goods and services.

51.     By reason of the foregoing, Estrella asserts a claim against Defendants for injunctive relief and monetary damages for service mark infringement pursuant to 15 U.S.C. § 1114.

52.     On information and belief, Access Agency has been or should have been aware of the ESTRELLA INSURANCE design plus words mark since Access Agency commenced use of the Estrella Insurance mark in 2006.

53.     American Access has been or should have been aware of Estrella's rights in the ESTRELLA INSURANCE design plus words and has continued use of a confusingly similar mark of Estrella Insurance with a star in complete disregard for Estrella's rights in the mark.

54.     By reason of the foregoing, Estrella asserts claims against Defendants for willful service mark infringement.

**THIRD CLAIM FOR RELIEF**

**Violation of 15 U.S.C. §1125(a), False Designation of Origin, False Advertising, and Unfair Competition Under the Lanham Act, Against All Defendants**

55.     Estrella incorporates and realleges the foregoing paragraphs as though fully set forth herein.

56.     Estrella is well known for its insurance brokerage services.

12

57.   Estrella markets its services under The Estrella Marks.

58.   The Estrella Marks have developed considerable goodwill among consumers.

59.   Defendants Access Agency and Turner misrepresent to the public that their website and services are affiliated with or sponsored by Estrella by using Estrella Insurance.

60.   Defendants Access Agency and Turner misrepresent to the public that their website and services are affiliated with or sponsored by Estrella by using The Estrella Marks.

61.   Defendants Access Agency and Turner's actions create a likelihood of confusion among the public as to the affiliation or sponsorship of Defendants' website and services with Estrella.

62.   On information and belief, Defendants Access Agency and Turner used The Estrella Marks with the specific purpose of misleading the public into believing that Estrella was affiliated, connected, or associated with their website and services.

63.   By reason of the foregoing, Estrella asserts a claim against Defendants Agency Access, its member Turner, and Agency Insurance for injunctive relief and monetary damages for false designation of origin, false advertising, and unfair competition pursuant to 15 U.S.C. § 1125(a).

64.   By reason of the foregoing, Estrella asserts that the present case is exceptional and entitles Estrella to treble damages and attorneys' fees.

## FOURTH CLAIM FOR RELIEF

### Violation of 15 U.S.C. § 1125(c), Dilution of Interest in Trademark - Insurance Brokerage Services, Against All Defendants

65.   Estrella repeats and realleges the foregoing paragraphs as though fully set forth herein.

66.   Estrella has registered and used its The Estrella Marks including

MORRIS LAW GROUP
411 E. Bonneville Ave., Ste. 360 · Las Vegas, Nevada 89101
702/474-9400 · Fax 702/474-9422

the ESTRELLA INSURANCE® trademark for insurance brokerage services extensively in interstate commerce and the trademarks identify Estrella's premium insurance services brand and they qualify as "famous" marks within the meaning of 15 U.S.C. §1125(c) that plaintiff Estrella is entitled to protect and use.

67.     Defendants' intentional and unauthorized use of the ESTRELLA INSURANCE® word mark is likely to dilute plaintiff Estrella's interest in the ESTRELLA INSURANCE® trademark for insurance brokerage services, in violation of the Lanham Act, 15 U.S.C. § 1125(c)(1), by linking the ESTRELLA INSURANCE® trademark, and its accompanying reputation, to the services being marketed by Defendants.

68.     Defendants' intentional and unauthorized use of the ESTRELLA INSURANCE design plus words trademark for insurance brokerage services is likely to dilute plaintiff Estrella's interest in its ESTRELLA INSURANCE design plus words trademark for insurance brokerage services, in violation of the Lanham Act, 15 U.S.C. § 1125(c)(1), by linking the its ESTRELLA INSURANCE design plus words trademark for insurance brokerage services, and its accompanying reputation, to the services being marketed by Defendants.

## FIFTH CLAIM FOR RELIEF

### Violation of 15 U.S.C. § 1125(c), Dilution of Interest in Trademark - Insurance Brokerage Services, Against All Defendants

69.     Estrella repeats and realleges the foregoing paragraphs as though fully set forth herein.

70.     Defendants' use of the domain name "directoestrella.com" has caused and continues to cause dilution of the distinctive quality of Plaintiff's mark, "Estrella Insurance".

71.     Defendants use of "directoestrella.com" is a violation of 15 U.S.C.

14

§ 1125(c), Plaintiff's mark being distinctive and famous within the meaning of the statute and Defendants' use of "directoestrella.com" in commerce having begun after Plaintiff's mark became distinctive and famous.

72.  Defendants willfully intended to trade on Plaintiff's reputation and/or cause dilution of Plaintiff's mark by their registration and use of the domain name "directoestrella.com".

73.  Plaintiff is entitled to injunctive relief under 15 U.S.C. § 1116 and recovery of damages from Defendants jointly and severally, pursuant to 15 U.S.C. § 1117(a).  Damages recoverable are actual damages sustained by the Plaintiff, the Defendants' profits, and the costs of the action together with Plaintiff's reasonable attorney fees.  In the alternative, Plaintiff is entitled to recover damages in such sum as the court may find just according to the circumstances of the case.

<div align="center">

**SIXTH CLAIM FOR RELIEF**

**Cyberpiracy in Violation of 15 U.S.C. § 1125(d) Against All Defendants**

</div>

74.  Estrella incorporates and realleges the foregoing paragraphs as though fully set forth herein.

75.  As alleged above, Defendant Access Agency has registered, trafficked in and used the Internet domain name "directoestrella.com."

76.  Defendant Access Agency offers insurance brokerage services at physical locations and over its website under the name "directoestrella".

77.  Defendants Turner and American Access had and have a bad faith intent to profit from the Internet domain name "directoestrella.com."

78.  As alleged above, Estrella owns the following domain names: estrelladirecto.com; estrelladirect.com; and Estrellainsurance.com.

79.  The Estrella Marks were distinctive and famous at the time of registration of the Internet domain name "directoestrella.com" and remain distinctive today.

MORRIS LAW GROUP

411 E. BONNEVILLE AVE., STE. 360 · LAS VEGAS, NEVADA 89101
702/474-9400 · FAX 702/474-9422

80.    Defendants did not believe and could not have reasonably believed that the use of "directoestrella.com" was lawful or was otherwise fair use.

81.    As a result of the wrongful registration of "directoestrella.com" Estrella has suffered substantial damages, as well as the continuing loss of the goodwill and reputation established by and associated with The Estrella Marks.

82.    This continuing loss of goodwill and damage to reputation cannot be properly calculated, and thus constitutes irreparable harm and injury for which Estrella has no adequate remedy at law.

83.    Estrella will continue to suffer irreparable harm and injury unless this Court enjoins Defendants' conduct and orders that the Internet domain name "directoestrella.com" be transferred to Estrella.

## SEVENTH CLAIM FOR RELIEF

### Unjust Enrichment Against All Defendants

84.    Estrella incorporates and realleges paragraphs as though fully set forth herein.

85.    Estrella has expended considerable time and resources developing and promoting The Estrella Marks.

86.    On information and belief, Defendants Agency Access, its member Turner, and Agency Insurance were aware of the benefit of using The Estrella Marks and sought to appropriate the time and resources expended by Estrella without the authorization or consent of Estrella.

87.    By using The Estrella Marks without compensation to Estrella, Defendants Agency Access, its member Turner, and Agency Insurance have been unjustly enriched.

88.    By reason of the forgoing, Estrella makes a claim against each Defendant for Unjust Enrichment.

MORRIS LAW GROUP

411 E. BONNEVILLE AVE., STE. 360 · LAS VEGAS, NEVADA 89101
702/474-9400 · FAX 702/474-9422

## EIGHTH CLAIM FOR RELIEF

### Intentional Interference with Prospective Economic Advantage
### Against All Defendants

89.    Estrella repeats and realleges the foregoing paragraphs as though fully set forth herein.

90.    Estrella was and is likely to enter into one or more contracts with another person or company in the State of Nevada for ESTRELLA INSURANCE® services to consumers, distributors, retailers and/or franchisees.

91.    Upon information and belief, Defendants knew about the future contract(s), and intended and intend to harm Estrella by preventing the contract(s) from going forward.

92.    The Defendants' wrongful sale, advertising and promotion of ESTRELLA INSURANCE® services to consumers, distributors, retailers and/or franchisees, who are Estrella's customers, prospective customers and purchasers and prospective purchasers of insurance brokerage services, for the purpose of obtaining their business, constitutes intentional interference with Estrella's prospective economic advantage. The Defendants' actions have deterred or will deter purchasers from doing business with and/or purchasing insurance brokerage services from Estrella and its franchisees.

93.    Defendants purposefully sell their products to purchasers of insurance brokerage services with the intent to take sales that would otherwise go to Estrella.

94.    Defendants had and have no legal justification for entering the insurance brokerage services in the State of Nevada under the name Estrella Insurance or using the name Estrella Insurance with the image of a star.

95.    Estrella has been damaged by Defendants' conduct and has lost money.

17

MORRIS LAW GROUP
411 E. BONNEVILLE AVE., STE. 360 · LAS VEGAS, NEVADA 89101
702/474-9400 · FAX 702/474-9422

## NINTH CLAIM FOR RELIEF

### Common Law Trademark Infringement Against All Defendants

96.   Estrella repeats and realleges the foregoing paragraphs as though fully set forth herein.

97.   By their foregoing deceptive and/or fraudulent conduct creating a likelihood of confusion regarding The Estrella Marks including the Estrella's ESTRELLA INSURANCE® trademark, each of the Defendants has unfairly competed with Estrella and/or contributed to acts of unfair competition by other defendants or third parties.

98.   By their foregoing deceptive and/or fraudulent conduct creating a likelihood of confusion regarding Estrella's The Estrella Marks including the ESTRELLA INSURANCE design plus words trademark, each of the Defendants has unfairly competed with Estrella and/or contributed to acts of unfair competition by other defendants or third parties.

99.   By their wrongful acts, Defendants have caused and, unless enjoined by the Court, will continue to cause serious irreparable injury and damage to Estrella and to the goodwill and reputation associated with THE ESTRELLA TRADEMARKS, including diversion of customers, lost sales and lost profits, and Defendants will be unjustly enriched.   Estrella has no adequate remedy at law.

## TENTH CLAIM FOR RELIEF

### Common Law Unfair Competition, Against All Defendants

100.   Estrella repeats and realleges the foregoing paragraphs as though fully set forth herein.

101.   By their foregoing deceptive and/or fraudulent conduct creating a likelihood of confusion regarding Estrella's The Estrella Marks including the ESTRELLA INSURANCE® trademark, each of the Defendants has unfairly competed with Estrella and/or contributed to acts of unfair competition by

MORRIS LAW GROUP
411 E. BONNEVILLE AVE., STE. 360 · LAS VEGAS, NEVADA 89101
702/474-9400 · FAX 702/474-9422

1   other defendants or third parties.

2      102.   By their foregoing deceptive and/or fraudulent conduct creating

3   a likelihood of confusion regarding Estrella's The Estrella Marks including the

4   ESTRELLA   INSURANCE   design   plus   words   trademark,   each   of   the

5   Defendants has unfairly competed with Estrella and/or contributed to acts of

6   unfair competition by other defendants or third parties.

7      103.   By  such  wrongful  acts,  Defendants  have  caused  and,  unless

8   enjoined by the Court, will continue to cause serious irreparable injury and

9   damage to Estrella and to the goodwill and reputation associated with The

10  Estrella Marks, including diversion of customers, lost sales and lost profits,

11  and Defendants will be unjustly enriched.  Estrella has no adequate remedy

12  at law.

13              **ELEVENTH CLAIM FOR RELIEF**

14           **Misappropriation Against All Defendants**

15     104.   Estrella repeats and realleges the foregoing paragraphs as though

16  fully set forth herein.

17     105.   By their foregoing deceptive and/or fraudulent conduct creating

18  a likelihood of confusion regarding Estrella's The Estrella Marks including the

19  ESTRELLA INSURANCE® trademark, each of the Defendants has unfairly

20  appropriated the fruits of Estrella's labor at no cost.

21     106.   By  such  wrongful  acts,  Defendants  have  caused  and,  unless

22  enjoined by the Court, will continue to cause serious irreparable injury and

23  damage  to  Estrella  and  to  the  goodwill  and  reputation  associated  with

24  Estrella's The Estrella Marks including the ESTRELLA INSURANCE design

25  plus words trademark, including diversion of customers, lost sales and lost

26  profits, and Defendants will be unjustly enriched.  Estrella has no adequate

27  remedy at law.

28  . . .

## TWELFTH CLAIM FOR RELIEF

### Deceptive Trade Practices, Violation of N.R.S. § 598.0915, Against All Defendants

107.   Estrella repeats and realleges the foregoing paragraphs as though fully set forth herein.

108.   By their foregoing deceptive and/or fraudulent conduct creating a likelihood of confusion regarding Estrella's famous The Estrella Marks including the ESTRELLA INSURANCE® trademark for insurance brokerage services trademark, each of the Defendants has knowingly made false representations as to the approval and legality of Defendants' use of The Estrella Marks including the ESTRELLA INSURANCE® mark and caused substantial and irreparable injury of the public and of Estrella's business reputation and goodwill.

109.   By their foregoing deceptive and/or fraudulent conduct creating a likelihood of confusion regarding Estrella's famous The Estrella Marks including the ESTRELLA INSURANCE design plus words mark for insurance brokerage services trademark, each of the Defendants has knowingly made false representations as to the approval and legality of Defendants' use of The Estrella Marks, including the ESTRELLA INSURANCE design plus words mark for insurance brokerage services trademark and caused substantial and irreparable injury of the public and of Estrella's business reputation and goodwill.

110.   By such wrongful acts, Defendants have caused and, unless enjoined by the Court, will continue to cause serious irreparable injury and damage to Estrella and to the goodwill associated with Estrella's The Estrella Marks including the ESTRELLA INSURANCE® trademark, including diversion of customers, lost sales and lost profits, and Defendants will be unjustly enriched.  Estrella has no adequate remedy at law.

MORRIS LAW GROUP

411 E. BONNEVILLE AVE., STE. 360 · LAS VEGAS, NEVADA 89101
702/474-9400 · FAX 702/474-9422

MORRIS LAW GROUP

411 E. BONNEVILLE AVE., STE. 360 · LAS VEGAS, NEVADA 89101
702/474-9400 · FAX 702/474-9422

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## THIRTEENTH CLAIM FOR RELIEF

### Injunctive Relief Under N.R.S. §600.435 Against Commercial Use of a Famous Trademark, Against All Defendants

111.    Estrella repeats and realleges the foregoing paragraphs as though fully set forth herein.

112.    By their foregoing deceptive and/or fraudulent conduct creating a likelihood of confusion regarding Estrella's famous The Estrella Marks including the ESTRELLA INSURANCE® word trademark, each of the Defendants has caused dilution of The Estrella Marks including the ESTRELLA INSURANCE® trademark and/or contributed to acts of dilution by other Defendants or third parties, to the substantial and irreparable injury of the public and of Estrella's business reputation and goodwill.

113.    By their foregoing deceptive and/or fraudulent conduct creating a likelihood of confusion regarding Estrella's famous The Estrella Marks including the ESTRELLA INSURANCE design plus words mark for insurance brokerage services trademark, each of the Defendants has caused dilution of The Estrella Marks including the ESTRELLA INSURANCE design plus words mark for insurance brokerage services trademark and/or contributed to acts of dilution by other defendants or third parties, to the substantial and irreparable injury of the public and of Estrella's business reputation and goodwill.

114.    By such wrongful acts, Defendants have caused and, unless enjoined by the Court, will continue to cause serious irreparable injury and damage to Estrella and to the goodwill associated with THE ESTRELLA TRADEMARKS, including diversion of customers, lost sales and lost profits, and Defendants will be unjustly enriched.  Estrella has no adequate remedy at law.

. . .

## REQUEST FOR JUDGMENT
## AND PRAYER FOR RELIEF

**WHEREFORE**, Estrella prays for judgment against Defendants and each of them as follows as to all Claims for Relief,

1.     Entry of a preliminary and permanent injunction enjoining the Defendants, their officers, directors, principals, agents, servants, affiliates, employees, attorneys, agents, representatives, successors and assigns, and all those in privity or acting in concert or participation with Defendants, and each and all of them, from directly or indirectly:

a.     Selling, offering for sale, advertising, franchising, and/or promoting insurance brokerage services, bearing or using The Estrella Marks including the ESTRELLA INSURANCE® trademark or any imitation thereof;

b.     Selling, offering for sale, advertising, franchising, and/or promoting insurance brokerage services, bearing or using the U.S. Service Mark Reg. No. 2,037,199 for the ESTRELLA INSURANCE design plus words trademark or any imitation thereof;

c.     Using in any manner, or representing by any means whatsoever, that they have rights to use, the trademark ESTRELLA INSURANCE® or any other word, name, mark or designation similar to plaintiff's ESTRELLA INSURANCE® trademark, to sell, identify, designate, advertise, describe or refer to themselves, or any goods or services they offer;

d.     Using in any manner, or representing by any means whatsoever, that they have rights to use, the trademark U.S. Service Mark Reg. No. 2,037,199 for the ESTRELLA INSURANCE design plus words or any other word, name, mark or designation similar to plaintiff's ESTRELLA INSURANCE® trademark, to sell, identify, designate, advertise, describe or refer to themselves, or any goods or services they offer;

e.     Discontinuing use of the domain name "directoestrella.com";

MORRIS LAW GROUP

411 E. BONNEVILLE AVE., STE. 360 · LAS VEGAS, NEVADA 89101
702/474-9400 · FAX 702/474-9422

f.      Continuing to perform in any manner whatsoever any of the acts alleged in the complaint; and

g.      Causing, engaging in, or permitting others to do any of the aforesaid acts.

h.      Destroying all materials bearing the infringing ESTRELLA INSURANCE® trademark or any imitation thereof in their possession, custody or control, including, without limitation, all documents provided to Defendants' customers, signs, or advertising;

i.      Destroying all materials bearing the infringing use of the registered mark ESTRELLA INSURANCE design plus words in commerce in connection with the sale, offer for sale, distribution, and advertisement of insurance brokerage services or any imitation thereof in their possession, custody or control, including, without limitation, all documents provided to Defendants' customers, signs, or advertising;

j.      Filing of a notice of cancellation with the State of Nevada for the registered trademark for Estrella Insurance;

2.      Entry of an order revoking Defendants' rights to the internet site and domain name www.directoestrella.com and any other domain name containing the word "Estrella";

3.      Entry of an order ordering that the domain name www.directoestrella.com be transferred to Plaintiff Estrella; and

4.      Within 30 days of the entry of the Court's preliminary and permanent injunction, submit sworn affidavits from each of the individual Defendants and an officer from each of the business entity Defendants confirming compliance and describing the acts taken to comply with this section to the court and to plaintiff's counsel.

5.      Ordering each Defendant to conduct corrective advertising to advise the public that their respective companies are not affiliated, connected

23

1   or associated with Estrella.

2       6.      Awarding Estrella its compensatory damages and/or any profits

3   of Defendants' and Estrella's costs of the action pursuant to 15 U.S.C. §

4   1117(a).

5       7.      Awarding Estrella treble its damages and/or Defendants' profits

6   pursuant to 15 U.S.C. § 1117(b);

7       8.      Awarding costs of this action and disbursements;

8       9.      Finding that this is an exceptional case and award Estrella's

9   attorneys' fees pursuant to 15 U.S.C. § 1117(a);

10      10.     Awarding exemplary and punitive damages against Defendants

11  for their intentional interference with prospective advantage and/or

12  oppression, fraud and malice in violation of plaintiff's rights under Nevada

13  law.

14      11.     Awarding further exemplary and punitive damages against

15  Defendants as allowed by law.

16      12.     Finding that all Defendants are jointly and severally liable for any

17  judgment entered herein.

18      13.     Awarding Estrella pre-judgment and post-judgment interest until

19  such awards are paid; and

20      14.     Awarding such other and further relief as this Court deems just

21  and proper in the circumstances.

22  . . .

23  . . .

24  . . .

25  . . .

26  . . .

27  . . .

28  . . .

MORRIS LAW GROUP

411 E. BONNEVILLE AVE., STE. 360 · LAS VEGAS, NEVADA 89101
702/474-9400 · FAX 702/474-9422

**JURY TRIAL DEMANDED**

Plaintiff demands a jury.

Dated: March 9, 2018.          MORRIS LAW GROUP

By: _____

Steve Morris, Bar No. 1543
Jean-Paul Hendricks, Bar No. 10079
411 E. Bonneville Ave., Ste. 360
Las Vegas, Nevada 89101
Telephone: (702) 474-9400
sm@morrislawgroup.com
jph@morrislawgroup.com

LAW OFFICE OF VICTORIA E. BRIEANT

Victoria E. Brieant (Pro Hac Vice forthcoming)
4000 Ponce de Leon Blvd., #470
Coral Gables, FL 33146
Telephone: (305) 421-7200
victoria@brieantlaw.com

Attorneys for Plaintiff
Estrella Franchising Corp.

MORRIS LAW GROUP
411 E. BONNEVILLE AVE., STE. 360 · LAS VEGAS, NEVADA 89101
702/474-9400 · FAX 702/474-9422

# EXHIBIT A



### CERTIFICATE OF REGISTRATION
### PRINCIPAL REGISTER

*The Mark shown in this certificate has been registered in the United States Patent and Trademark Office to the named registrant.*

*The records of the United States Patent and Trademark Office show that an application for registration of the Mark shown in this Certificate was filed in the Office; that the application was examined and determined to be in compliance with the requirements of the law and with the regulations prescribed by the Commissioner of Patents and Trademarks, and that the Applicant is entitled to registration of the Mark under the Trademark Act of 1946, as Amended.*

*A copy of the Mark and pertinent data from the application are a part of this certificate.*

*This registration shall remain in force for TEN (10) years, unless terminated earlier as provided by law, and subject to compliance with the provisions of Section 8 of the Trademark Act of 1946, as Amended.*



Bruce Lehman

Commissioner of Patents and Trademarks

Int. Cl.: 36

Prior U.S. Cls.: 100, 101 and 102

Reg. No. 2,064,814

## United States Patent and Trademark Office

Registered May 27, 1997

### SERVICE MARK
### PRINCIPAL REGISTER

## ESTRELLA INSURANCE

ESTRELLA INSURANCE, INC. (FLORIDA CORPORATION)
3746 WEST FLAGLER STREET
MIAMI, FL 33134

   FOR: INSURANCE BROKERAGE SERVICES, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).
   FIRST USE 10-1-1980; IN COMMERCE 10-1-1980.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "INSURANCE", APART FROM THE MARK AS SHOWN.

   SER. NO. 75-078,856, FILED 3-26-1996.

JEFFREY MARTIN, EXAMINING ATTORNEY



## UNITED STATES PATENT AND TRADEMARK OFFICE

UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY AND
DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE

JULY 28, 2016                          PTAS

MARK S. BICKS                                    **900371337**
1030 15TH STREET, NW, SUITE 400 EAST
WASHINGTON, DC 20005

UNITED STATES PATENT AND TRADEMARK OFFICE
NOTICE OF RECORDATION OF ASSIGNMENT DOCUMENT

THE ENCLOSED DOCUMENT HAS BEEN RECORDED BY THE ASSIGNMENT RECORDATION BRANCH
OF THE U.S. PATENT AND TRADEMARK OFFICE. A COMPLETE COPY IS AVAILABLE AT THE
ASSIGNMENT SEARCH ROOM ON THE REEL AND FRAME NUMBER REFERENCED BELOW.

PLEASE REVIEW ALL INFORMATION CONTAINED ON THIS NOTICE. THE INFORMATION
CONTAINED ON THIS RECORDATION NOTICE REFLECTS THE DATA PRESENT IN THE PATENT
AND TRADEMARK ASSIGNMENT SYSTEM. IF YOU SHOULD FIND ANY ERRORS OR HAVE
QUESTIONS CONCERNING THIS NOTICE, YOU MAY CONTACT THE ASSIGNMENT RECORDATION
BRANCH AT 571-272-3350. PLEASE SEND REQUEST FOR CORRECTION TO: U.S. PATENT
AND TRADEMARK OFFICE, MAIL STOP: ASSIGNMENT RECORDATION BRANCH, P.O. BOX
1450, ALEXANDRIA, VA 22313.

RECORDATION DATE: 07/14/2016          REEL/FRAME: 5830/0804
                                      NUMBER OF PAGES: 3

BRIEF: ASSIGNS THE ENTIRE INTEREST

ASSIGNOR:
  ESTRELLA INSURANCE, INC.            DOC DATE: 07/13/2016
                                      CITIZENSHIP: FLORIDA
                                      ENTITY: CORPORATION

ASSIGNEE:
  ESTRELLA FRANCHISING CORP.          CITIZENSHIP: FLORIDA
                                      ENTITY: CORPORATION
  3750 WEST FLAGLER STREET
  MIAMI, FLORIDA 33134

  SERIAL NUMBER: 75078856             FILING DATE: 03/26/1996
  REGISTRATION NUMBER: 2064814        REGISTRATION DATE: 05/27/1997
  MARK: ESTRELLA INSURANCE
  DRAWING TYPE: TYPESET WORD(S) /LETTER(S) /NUMBER(S)

  SERIAL NUMBER: 75078857             FILING DATE: 03/26/1996
  REGISTRATION NUMBER: 2037199        REGISTRATION DATE: 02/11/1997
  MARK: ESTRELLA INSURANCE
  DRAWING TYPE: AN ILLUSTRATION DRAWING WHICH INCLUDES WORD(S)/ LETTER(S)
                /NUMBER(S)

5830/0804 PAGE 2

SERIAL NUMBER: 75078858                    FILING DATE: 03/26/1996
REGISTRATION NUMBER: 2033988               REGISTRATION DATE: 01/28/1997
MARK: DRIVE WITH THE STAR
DRAWING TYPE: TYPESET WORD(S) /LETTER(S) /NUMBER(S)


SERIAL NUMBER: 75078860                    FILING DATE: 03/26/1996
REGISTRATION NUMBER: 2037200               REGISTRATION DATE: 02/11/1997
MARK:
DRAWING TYPE: AN ILLUSTRATION DRAWING WITHOUT ANY WORDS(S)/ LETTER(S)
             /NUMBER(S)



ASSIGNMENT RECORDATION BRANCH
PUBLIC RECORDS DIVISION

# EXHIBIT B

# The United States of America

## CERTIFICATE OF REGISTRATION
### PRINCIPAL REGISTER

*The Mark shown in this certificate has been registered in the United States Patent and Trademark Office to the named registrant.*

*The records of the United States Patent and Trademark Office show that an application for registration of the Mark shown in this Certificate was filed in the Office, that the application was examined and determined to be in compliance with the requirements of the law and with the regulations prescribed by the Commissioner of Patents and Trademarks, and that the Applicant is entitled to registration of the Mark under the Trademark Act of 1946, as Amended.*

*A copy of the Mark and pertinent data from the application are a part of this certificate.*

*This registration shall remain in force for TEN (10) years, unless terminated earlier as provided by law, and subject to compliance with the provisions of Section 8 of the Trademark Act of 1946, as Amended.*



*Bruce Lehman*

Commissioner of Patents and Trademarks

Int. Cl.: 36

Prior U.S. Cls.: 100, 101 and 102

## United States Patent and Trademark Office

Reg. No. 2,037,199
Registered Feb. 11, 1997

### SERVICE MARK
### PRINCIPAL REGISTER



ESTRELLA INSURANCE, INC. (FLORIDA CORPORATION)
3746 WEST FLAGLER STREET
MIAMI, FL 33134

FOR: INSURANCE BROKERAGE SERVICES, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 10–1–1980; IN COMMERCE 10–1–1980.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "INSURANCE", APART FROM THE MARK AS SHOWN.

THE LINING SHOWN IS A FEATURE OF THE MARK AND NOT INTENDED TO INDICATE COLOR.

"ESTRELLA" TRANSLATES INTO ENGLISH AS "STAR".

SER. NO. 75–078,857, FILED 3–26–1996.

CHERYL BUTLER, EXAMINING ATTORNEY



**UNITED STATES PATENT AND TRADEMARK OFFICE**

UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY AND
DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE

JULY 28, 2016                              PTAS

MARK S. BICKS                                          **900371337**
1030 15TH STREET, NW, SUITE 400 EAST
WASHINGTON, DC 20005

UNITED STATES PATENT AND TRADEMARK OFFICE
NOTICE OF RECORDATION OF ASSIGNMENT DOCUMENT

THE ENCLOSED DOCUMENT HAS BEEN RECORDED BY THE ASSIGNMENT RECORDATION BRANCH
OF THE U.S. PATENT AND TRADEMARK OFFICE. A COMPLETE COPY IS AVAILABLE AT THE
ASSIGNMENT SEARCH ROOM ON THE REEL AND FRAME NUMBER REFERENCED BELOW.

PLEASE REVIEW ALL INFORMATION CONTAINED ON THIS NOTICE. THE INFORMATION
CONTAINED ON THIS RECORDATION NOTICE REFLECTS THE DATA PRESENT IN THE PATENT
AND TRADEMARK ASSIGNMENT SYSTEM. IF YOU SHOULD FIND ANY ERRORS OR HAVE
QUESTIONS CONCERNING THIS NOTICE, YOU MAY CONTACT THE ASSIGNMENT RECORDATION
BRANCH AT 571-272-3350. PLEASE SEND REQUEST FOR CORRECTION TO: U.S. PATENT
AND TRADEMARK OFFICE, MAIL STOP: ASSIGNMENT RECORDATION BRANCH, P.O. BOX
1450, ALEXANDRIA, VA 22313.

RECORDATION DATE: 07/14/2016            REEL/FRAME: 5830/0804
                                        NUMBER OF PAGES: 3

BRIEF: ASSIGNS THE ENTIRE INTEREST

ASSIGNOR:
  ESTRELLA INSURANCE, INC.              DOC DATE: 07/13/2016
                                        CITIZENSHIP: FLORIDA
                                        ENTITY: CORPORATION

ASSIGNEE:
  ESTRELLA FRANCHISING CORP.            CITIZENSHIP: FLORIDA
                                        ENTITY: CORPORATION
  3750 WEST FLAGLER STREET
  MIAMI, FLORIDA 33134

SERIAL NUMBER: 75078856                 FILING DATE: 03/26/1996
REGISTRATION NUMBER: 2064814            REGISTRATION DATE: 05/27/1997
MARK: ESTRELLA INSURANCE
DRAWING TYPE: TYPESET WORD(S) /LETTER(S) /NUMBER(S)

SERIAL NUMBER: 75078857                 FILING DATE: 03/26/1996
REGISTRATION NUMBER: 2037199            REGISTRATION DATE: 02/11/1997
MARK: ESTRELLA INSURANCE
DRAWING TYPE: AN ILLUSTRATION DRAWING WHICH INCLUDES WORD(S)/ LETTER(S)
             /NUMBER(S)

5830/0804 PAGE 2

SERIAL NUMBER: 75078858                FILING DATE: 03/26/1996
REGISTRATION NUMBER: 2033988           REGISTRATION DATE: 01/28/1997
MARK: DRIVE WITH THE STAR
DRAWING TYPE: TYPESET WORD(S) /LETTER(S) /NUMBER(S)

SERIAL NUMBER: 75078860                FILING DATE: 03/26/1996
REGISTRATION NUMBER: 2037200           REGISTRATION DATE: 02/11/1997
MARK:
DRAWING TYPE: AN ILLUSTRATION DRAWING WITHOUT ANY WORDS(S)/ LETTER(S)
              /NUMBER(S)


ASSIGNMENT RECORDATION BRANCH
PUBLIC RECORDS DIVISION

# EXHIBIT C

# NEVADA SECRETARY OF STATE
### Barbara K. Cegavske

Search nvsos.gov...   GO

SOS INFORMATION | ELECTIONS | BUSINESSES | LICENSING | INVESTOR INFORMATION | ONLINE SERVICES

My Data Reports   Commercial Recordings   Licensing

# ESTRELLA INSURANCE

🔍 New Search        Manage this Business   $ Calculate Fees   🖶 Printer Friendly

## Business Entity Information

| | | | |
|---|---|---|---|
| Status: | Active | File Date: | 8/8/2011 |
| Type: | Service Mark | Entity Number: | E0450292011-4 |
| Qualifying State: | NV | List of Officers Due: | |
| Managed By: | | Expiration Date: | 8/8/2021 |
| Date of 1st use in Nevada: | 7/1/2001 | Date of 1st use Anywhere: | 7/1/2001 |
| Classification: | 102 | | |

## Applicant

| | | | |
|---|---|---|---|
| Name: | ACCESS INSURANCE AGENCY OF NEVADA, LLC | Address1: | 18540 SUMMIT AVENUE |
| Address 2: | | City: | OAKBROOK TERRACE |
| State: | IL | Zip Code: | 60181 |

## Additional Information

| | |
|---|---|
| Goods and Services: | INSURANCE |

## Registered Agent Information

No Registered Agent associated with this company

## Financial Information

| | | | |
|---|---|---|---|
| No Par Share Count: | 0 | Capital Amount: | $ 0 |

No stock records found for this company

## ▬ Officers        ☐ Include Inactive Officers

No active officers found for this company

## ▬ Actions\Amendments

Click here to view 3 actions\amendments associated with this company

101 N Carson Street Suite 3 Carson City, NV 89701 | (775) 684-5708

© 2016 All Rights Reserved. Privacy Policy and Disclaimer | About This Site

# EXHIBIT D

*190104*



**BARBARA K. CEGAVSKE**
**Secretary of State**
**555 East Washington Ave., #5200**
**Las Vegas, Nevada 89101**
**(702) 486-2880**
**Website:  www.nvsos.gov**

## Mark Registration Form
### (PURSUANT TO NRS 600)
### Page 1

*Important: Read attached instructions before completing form.*

USE BLACK INK ONLY - DO NOT HIGHLIGHT                    ABOVE SPACE IS FOR OFFICE USE ONLY

| | |
|---|---|
| 1. *Please Designate One Mark Per Application:* | ☐ **TRADEMARK**    ☐ **TRADE NAME**    ☐ **SERVICE MARK** |
| 2. *Mark to be Registered:* *(name of mark or words to be included in the mark)* | |
| 3. *Design:* | Does the mark include a design?  ☐ **NO**    ☐ **YES**    *(If yes, attach drawing or facsimile)* |
| 4. *Classification Number:* *(see instructions: one class per application)* | |
| 5. *Applicant:* *(please designate)* | ☐ **INDIVIDUAL**    ☐ **ENTITY**    *(If entity)* **STATE OF INCORPORATION:** ☐ |
| 6. *Name of Applicant:* *(from question five)* | |
| 7. *Business Address:* | **Street Number/Post Office Box**  <br> **City**              **State**   **Zip Code** |
| 8. *Original Mark Date In Nevada:* | Date the mark was first used by applicant *in Nevada* (display as mm/dd/yyyy):   *(See NRS 600.320)* |

*This form must be accompanied by appropriate fees.*



**BARBARA K. CEGAVSKE**
Secretary of State
555 East Washington Ave., #5200
Las Vegas, Nevada 89101
(702) 486-2880
Website: www.nvsos.gov

# Mark Registration Form
### (PURSUANT TO NRS 600)
### Page 2

*Important: Read attached instructions before completing form.*

USE BLACK INK ONLY - DO NOT HIGHLIGHT

ABOVE SPACE IS FOR OFFICE USE ONLY

| | |
|---|---|
| **9.** *Original Mark Date:* | Date the mark was first used by applicant *anywhere* (display as mm/dd/yyyy): |
| **10.** *Use of Mark or Name:* | State the specific goods or services for which the mark will be used: |
| **10a.** *Trademark:* *(complete only if trademark)* | Check how trademark is used.  By applying it: ☐ directly to the goods, ☐ directly to the containers for the goods, ☐ to tags or labels affixed to the goods, ☐ to tags or labels affixed to the containers for the goods. By displaying it: ☐ in physical association with the goods in the sale or distribution thereof, ☐ in advertising. |
| **OR** | |
| **10b.** *Service Mark:* *(complete only if service mark)* | Check how service mark is used.  By displaying it: ☐ in advertisements of the service, ☐ on documents, wrappers, or articles delivered in connection with the service rendered, ☐ in other fashion;  if so, please specify: |
| **OR** | |
| **10c.** *Trade Name:* *(complete only if trade name)* | State how trade name is used (ie. business card, letterhead, signage, etc.): |
| **11.** *Notarized Signature of Applicant:* | The applicant herein states that he has read the above application and that the statement and facts set out therein are true that the mark is currently in use by the applicant; that to the best of his knowledge and belief the applicant is the owner of the mark sought to be registered and no other person has the right in the State of Nevada to use such mark either in the identical form set forth in the application or in such near resemblance to it as might, when applied to the goods or services of such other person, cause confusion or cause mistake or be calculated to deceive. |

State of _____

County of _____

**X** _____
Signature of Applicant

This instrument was acknowledged before me on _____ ,
Date

by _____ .
Printed Name of Applicant Signing

_____
Notary Signature          Notary Stamp

*This form must be accompanied by appropriate fees.*



**BARBARA K. CEGAVSKE**
Secretary of State
555 E. Washington Ave., #5200
Las Vegas, Nevada 89101
(702) 486-2880
Website: www.nvsos.gov

<div style="border:1px solid black">

# Instructions for
# Mark Registration
### (PURSUANT TO NRS CHAPTER 600)

</div>

**IMPORTANT:  READ ALL INSTRUCTIONS CAREFULLY BEFORE COMPLETING FORM.**

To ensure the best possible service and to help avoid delays or returns, please be sure you have included:

1. The mandatory $100.00 filing fee.

2. The Mark Registration form.

3. A specimen (sample of use of the Mark, i.e. advertisement, letterhead, etc.).   The specimen must be in black and white.  No colored specimens please.

4. The classification of goods or services from the following categories (see item four on the application).  Must be specific.

5. A separate application for each class for which the Name or Mark is used.

## CLASS NUMBERS OF GOODS FOR TRADEMARKS ONLY

Raw or partly prepared materials; (2) receptacles; (3) baggage, animal equipments, portfolios, and pocketbooks; (4) abrasives and polishing materials; (5) adhesives; (6) chemicals and chemical compositions; (7) cordage; (8) smokers' articles, not including tobacco products;  (9) explosives, firearms, equipments, and projectiles; (10) fertilizers; (11) inks and inking materials; (12) construction materials; (13) hardware and plumbing and steam-fitting supplies; (14) metals and metal castings and forgings; (15) oils and greases; (16) paints and painters' materials; (17) tobacco products; (18) medicines and pharmaceutical preparations; (19) vehicles; (20) linoleum and oiled cloth; (21) electrical apparatus, machines, and supplies; (22) games, toys and sporting goods; (23) cutlery, machinery, and tools and parts thereof; (24) laundry appliance and machines; (25) locks and safes; (26) measuring and scientific appliances; (27) horological instruments; (28) jewelry and precious-metal ware; (29) brooms, brushes, and dusters; (30) crockery, earthenware, and porcelain; (31) filters and refrigerators; (32) furniture and upholstery; (33) glassware; (34) heating, lighting, and ventilating apparatus; (35) belting, hose, machinery packing and non-metallic tiers; (36) musical instruments and supplies; (37) paper and stationery; (38) prints and publications; (39) clothing; (40) fancy goods, furnishings, and notions; (41) canes, parasols and umbrellas; (42) knitted, netted and textile fabrics, and substitutes therefor; (43) thread and yarn; (44) dental, medical, and surgical appliances; (45) soft drinks and carbonated waters; (46) foods and ingredients of foods; (47) wines; (48) malt beverages and liquors; (49) distilled alcoholic liquors, (50) merchandise not otherwise classified; (51) cosmetics and toilet preparations; (52) detergents and soaps.

## CLASS NUMBERS FOR SERVICE MARKS AND TRADE NAMES ONLY

(100) Miscellaneous; (101) advertising and business; (102) financial and insurance; (103) construction and repair; (104) communications; (105) transportation and storage; (106) material treatment; (107) education and entertainment.

Your trademark, trade name or service mark will be in effect for 5 years from the date it is filed.  It can be renewed for additional 5 year periods simply by filing an application with the Secretary of State within six (6) months preceding the expiration date.  The renewal fee is $50.00.

Please be sure to notify us *in writing* if you have a change of address.

*Trademark laws are totally unrelated to Nevada's corporation law.  If you are interested in filing a corporation or reserving a corporate name, our office will be happy to provide you with the necessary information.*

# EXHIBIT E

 **MARIN ELJAIEK LOPEZ**

Eric J. Strauss
ES@MELLAWYERS.COM

# CEASE AND DESIST

June 28, 2016

**VIA CERTIFIED U.S. MAIL**
Newins Insurance Agency Holdings, LLC
2211 Butterfield Rd, Suite 150
Downers Grove, Illinois 60515

Access Insurance Agency of Nevada, LLC
2211 Butterfield Rd, Suite 150
Downers Grove, Illinois 60515

American Access Group, LLC
2211 Butterfield Rd, Suite 150
Downers Grove, Illinois 60515

**RE:** **REMOVAL OF SERVICE MARK AND ALL REFERENCES OF ESTRELLA INSURANCE FROM YOUR CORPORATE NAME, WEBSITE, AFFILIATED WEBSITES AND RETAIL LOCATIONS**

To Whom it May Concern:

This law firm serves as legal counsel to Estrella Insurance, Inc. ("Estrella"). It has recently come to our attention that you and your affiliated websites are using Estrella's trade name and service mark in advertising campaigns in order to direct internet traffic to your website. You or your affiliates have also opened retail sites using Estrella's trade name and service mark. Your use of Estrella Insurance and its marks is a violation of Estrella's trademark rights, common law service mark rights, and trade name rights, and this letter constitutes Estrella's demand that you cease and desist any and all use of Estrella's name, marks, or intellectual property in connection with the sale of insurance or insurance leads.

Estrella is a privately owned insurance agency offering a wide variety of insurance coverage including, but not limited to, automobile, home, boat and motorcycle. Estrella operates throughout the United States. Estrella is the owner of two marks registered with the United States Patent and Trademark Office. The first mark is the typed "Estrella Insurance" bearing USPTO Registration Number 2064814 and the second is the Estrella Insurance drawing identified by USPTO Registration Number 2037199. The marks were registered on March 26, 1996 and Estrella continually uses the marks in advertising throughout the United States and on

its website at www.estrellainsurance.com. Estrella, through the use of its marks, is actively involved in promoting its brand. As a result of Estrella's marketing and advertising efforts, the general public has come to recognize Estrella Insurance as an established brand with a distinct reputation.

We have reviewed the use of your company's business name, "Estrella Insurance", the logo used in your advertising materials, retail locations and similarity of business to determine that there is a substantial likelihood of confusion amongst consumers. Enclosed with this letter is a screenshot of your website from June 28, 2016 depicting the usage of "Estrella Insurance".

Under Federal law, your use of Estrella Insurance is an infringement of Estrella's trade name or service mark which has already created a likelihood of consumer confusion. Please be advised that Estrella may seek the remedies and attorneys fees as provided by 15 U.S.C. §§ 1116, 1117. Estrella will take any action necessary to protect its trademarks, trade names, service mark or any other intellectual property or goodwill it may have.

You are hereby put on notice that you have infringed on Estrella's rights and caused damage to Estrella. You must cease and desist from using Estrella's intellectual property in any company or corporate name, marketing, advertising, or promotional material. We will continue to monitor your use of Estrella's trade name, trademark, service mark and other intellectual property.

If you or your attorneys have any questions, please feel free to contact me.

Sincerely,

Eric J. Strauss

(enclosure)





## Protect Your Dreams by Protecting Your Car

You choose how to buy - in person, online, or over the phone

Your car is your ride to success, freedom and opportunity. Your car gets you to your job so you can

ARIN | ELJAIEK | LOPEZ

501 South Bayshore Drive Suite
Coconut Grove Florida 33133



Access Insurance Agency of Nevada, LLC
2211 Butterfield Rd, Suite 150
Downers Grove, Illinois 60515

ARIN | ELJAIEK | LOPEZ

01 South Bayshore Drive Suite
Coconut Grove Florida 33133



American Access Group, LLC
2211 Butterfield Rd, Suite 150
Downers Grove, Illinois 60515

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Access Insurance Agency of Nevada, LLC
2211 Butterfield Rd, Suite 150
Downers Grove, Illinois 60515

9590 9402 1306 5285 6155 25

2. Article Number (Transfer from service label)

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from Item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053      Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

American Access Group, LLC
2211 Butterfield Rd, Suite 150
Downers Grove, Illinois 60515

9590 9402 1306 5285 6155 18

2. Article Number (Transfer from service label)

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from Item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053      Domestic Return Receipt



MARIN | ELJAIEK | LOPEZ

2601 South Bayshore Drive Suite
Coconut Grove Florida 34133



UNITED STATES POSTAGE
PITNEY BOWES
02 1P          $ 006.46⁵
0000280982   JUN 28 2016
MAILED FROM ZIP CODE 33133

Newins Insurance Agency Holdings, LLC
2211 Butterfield Rd, Suite 150
Downers Grove, Illinois 60515

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Newins Insurance
   Agency Holdings, LLC
   2211 Butterfield Rd, Suite 150
   Downers Grove, Illinois 60515

9590 9402 1306 5285 6155 01

2. Article Number (Transfer from service label)

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☑ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☑ Return Receipt for Merchandise
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt