Steve Morris, Nevada Bar No. 1543
Jean-Paul Hendricks, Nevada Bar No. 10079
MORRIS LAW GROUP
411 E. Bonneville Ave., Ste. 360
Las Vegas, Nevada 89101
Telephone: (702) 474-9400
sm@morrislawgroup.com
jph@morrislawgroup.com

Victoria E. Brieant (Pro Hac Vice forthcoming)
LAW OFFICE OF VICTORIA E. BRIEANT, P.A.
4000 Ponce de Leon Blvd., Ste. 470
Coral Gables, Florida 33146
Telephone: (305) 421-7200
victoria@brieantlaw.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ESTRELLA FRANCHISING CORP., a Florida corporation,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN ACCESS AGENCY OF NEVADA, LLC, a Nevada limited liability company, its officer DON TURNER, an Individual, and AMERICAN ACCESS CASUALTY COMPANY, an Illinois corporation,<br><br>Defendants. | Case No. 2:18-cv-00433<br><br>**STIPULATION TO EXTEND DEADLINE TO RESPOND TO MOTION FOR PRELIMINARY INJUNCTION** |

Pursuant to LR IA 6-1, plaintiff Estrella Franchising Corp. and defendants American Access Agency of Nevada, LLC, Don Turner, and American Access Casualty Company (collectively "Defendants") hereby

MORRIS LAW GROUP
411 E. Bonneville Ave., Ste. 360 · Las Vegas, Nevada 89101
702/474-9400 · FAX 702/474-9422

stipulate to extend the deadline to respond to plaintiff's Motion for Preliminary Injunction. In support of this request, the parties state as follows:

The complaint in this action, ECF No. 4, was filed on March 9, 2018, thereafter plaintiff filed a Motion for Preliminary Injunction, ECF No. 7, on March 12, 2018. On March 19, 2018, counsel for Defendants contacted counsel for plaintiff and indicated a willingness and desire to settle the stated claims without litigation. Since that time, counsel for the parties have initiated settlement discussions and it appears that a mutually agreeable global resolution of this action may be possible. To that end, the parties stipulate to extend the deadline to respond to the Motion for Preliminary Injunction two weeks (14 days) to allow settlement discussions to continue. In the event that settlement is not reached, Defendants expressly reserve the right to respond to the Complaint in any manner permitted by the Federal Rules of Civil Procedure.

The response to the Motion for Preliminary Injunction is currently due March 29, 2018. The reply in support of the motion for preliminary injunction is currently due April 5, 2018. The parties hereby stipulate that the deadline to respond to the Motion for Preliminary Injunction shall be extended to April 12, 2018, and any reply in support of the Motion for Preliminary Injunction shall be due on April 19, 2018. This represents an extension of 14 days, is the first request to extend any deadline in this case, and is made expressly for purposes of settlement.

2

Dated: March 23, 2018

MORRIS LAW GROUP

By: /s/ *Jean-Paul Hendricks*
Steve Morris, Bar No. 1543
Jean-Paul Hendricks, Bar No. 10079
411 E. Bonneville Ave., Ste. 360
Las Vegas, Nevada 89101
Telephone: (702) 474-9400
sm@morrislawgroup.com
jph@morrislawgroup.com

LAW OFFICE OF VICTORIA E. BRIEANT
Victoria E. Brieant (Pro Hac Vice forthcoming)
4000 Ponce de Leon Blvd., #470
Coral Gables, FL 33146
Telephone: (305) 421-7200
victoria@brieantlaw.com

Attorneys for Plaintiff
Estrella Franchising Corp.

Dated: March 23, 2018

CLINGEN CALLOW & MCCLEAN, LLC

By: /s/ *Kenneth J. Vanko*
Kenneth J. Vanko
Illinois Bar No. 6244048
2300 Cabot Drive, Suite 500
Lisle, Illinois 60352
Telephone: (630) 871-2609
vanko@ccmlawyer.com

Attorney for Defendants American Access Agency of Nevada, LLC, Don Turner, and American Access Casualty Company

## ORDER

The parties' stipulation is so ordered.

_____
United States District Court Judge

DATED: March 27, 2018

3

Submitted by:

MORRIS LAW GROUP


By: /s/ Jean-Paul Hendricks
Steve Morris, Bar No. 1543
Jean-Paul Hendricks, Bar No. 10079
411 E. Bonneville Ave., Ste. 360
Las Vegas, Nevada 89101
Telephone: (702) 474-9400
sm@morrislawgroup.com
jph@morrislawgroup.com

Attorneys for Plaintiff
Estrella Franchising Corp.