Steve Morris, Nevada Bar No. 1543
Jean-Paul Hendricks, Nevada Bar No. 10079
MORRIS LAW GROUP
411 E. Bonneville Ave., Ste. 360
Las Vegas, Nevada 89101
Telephone: (702) 474-9400
sm@morrislawgroup.com
jph@morrislawgroup.com

Victoria E. Brieant (Pro Hac Vice forthcoming)
LAW OFFICE OF VICTORIA E. BRIEANT, P.A.
4000 Ponce de Leon Blvd., Ste. 470
Coral Gables, Florida 33146
Telephone: (305) 421-7200
victoria@brieantlaw.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ESTRELLA FRANCHISING CORP., a Florida corporation,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN ACCESS AGENCY OF NEVADA, LLC, a Nevada limited liability company, its officer DON TURNER, an Individual, and AMERICAN ACCESS CASUALTY COMPANY, an Illinois corporation,<br><br>Defendants. | Case No. 2:18-cv-00433<br><br>**STIPULATION TO EXTEND DEADLINE TO RESPOND TO MOTION FOR PRELIMINARY INJUNCTION**<br><br>**(SECOND REQUEST)** |

Pursuant to LR IA 6-1, plaintiff Estrella Franchising Corp. and defendants American Access Agency of Nevada, LLC, Don Turner, and American Access Casualty Company (collectively "Defendants") hereby

1 stipulate to extend the deadline to respond to plaintiff's Motion for
2 Preliminary Injunction.   In support of this request, the parties state as
3 follows:

4     The complaint in this action, ECF No. 4, was filed on March 9,
5 2018, thereafter plaintiff filed a Motion for Preliminary Injunction, ECF No.
6 7, on March 12, 2018.  On March 19, 2018, counsel for Defendants contacted
7 counsel for plaintiff and indicated a willingness and desire to settle the
8 stated claims without litigation.  The parties previously agreed to stipulate
9 to extend the deadline to respond to the Motion for Preliminary Injunction
10 which was granted by the Court on March 23, 2018. ECF No. 13.  Since that
11 time, counsel for the parties have made significant process towards a
12 mutually agreeable global resolution of this action.  At this time, the parties
13 believe they are close to a resolution and need additional time to continue
14 their negotiations.  To that end, the parties stipulate to extend the deadline
15 to respond to the Motion for Preliminary Injunction an additional two weeks
16 (14 days) to allow settlement discussions to continue.

17     The response to the Motion for Preliminary Injunction is
18 currently due April 12, 2018.  The reply in support of the motion for
19 preliminary injunction is currently due April 19, 2018.  The parties hereby
20 stipulate that the deadline to respond to the Motion for Preliminary
21 Injunction shall be extended to April 26, 2018, and any reply in support of
22 the Motion for Preliminary Injunction shall be due on May 3, 2018.  This
23 represents an extension of 14 days, is the second request to extend any
24 deadline in this case, and is made expressly for purposes of settlement.
25 / / /
26 / / /
27 / / /
28 / / /

| | |
|---|---|
| Dated: April 10, 2018 | Dated: April 10, 2018 |
| MORRIS LAW GROUP | CLINGEN CALLOW & MCCLEAN, LLC |
| By: /s/ *Jean-Paul Hendricks*<br>Steve Morris, Bar No. 1543<br>Jean-Paul Hendricks, Bar No. 10079<br>411 E. Bonneville Ave., Ste. 360<br>Las Vegas, Nevada 89101<br>Telephone: (702) 474-9400<br>sm@morrislawgroup.com<br>jph@morrislawgroup.com | By: /s/ *Kenneth J. Vanko*<br>Kenneth J. Vanko<br>Illinois Bar No. 6244048<br>2300 Cabot Drive, Suite 500<br>Lisle, Illinois 60352<br>Telephone: (630) 871-2609<br>vanko@ccmlawyer.com |
| LAW OFFICE OF VICTORIA E. BRIEANT<br>Victoria E. Brieant (Pro Hac Vice forthcoming)<br>4000 Ponce de Leon Blvd., #470<br>Coral Gables, FL 33146<br>Telephone: (305) 421-7200<br>victoria@brieantlaw.com | Attorney for Defendants American Access Agency of Nevada, LLC, Don Turner, and American Access Casualty Company |
| Attorneys for Plaintiff<br>Estrella Franchising Corp. | |

## ORDER

The parties' stipulation is so ordered.

_____
United States District Court Judge

DATED: April 18, 2018

3