Steve Morris, Nevada Bar No. 1543
Jean-Paul Hendricks, Nevada Bar No. 10079
MORRIS LAW GROUP
411 E. Bonneville Ave., Ste. 360
Las Vegas, Nevada 89101
Telephone: (702) 474-9400
sm@morrislawgroup.com
jph@morrislawgroup.com

Victoria E. Brieant (Pro Hac Vice forthcoming)
LAW OFFICE OF VICTORIA E. BRIEANT, P.A.
4000 Ponce de Leon Blvd., Ste. 470
Coral Gables, Florida 33146
Telephone: (305) 421-7200
victoria@brieantlaw.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ESTRELLA FRANCHISING CORP., a Florida corporation,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN ACCESS AGENCY OF NEVADA, LLC, a Nevada limited liability company, its officer DON TURNER, an Individual, and AMERICAN ACCESS CASUALTY COMPANY, an Illinois corporation,<br><br>Defendants. | Case No. 2:18-cv-00433<br><br>**STIPULATION TO EXTEND DEADLINE TO RESPOND TO MOTION FOR PRELIMINARY INJUNCTION**<br><br>**(THIRD REQUEST)** |

Pursuant to LR IA 6-1, plaintiff Estrella Franchising Corp. and defendants American Access Agency of Nevada, LLC, Don Turner, and American Access Casualty Company (collectively "Defendants") hereby

1 stipulate to extend the deadline to respond to plaintiff's Motion for
2 Preliminary Injunction. In support of this request, the parties state as
3 follows:

4 The complaint in this action, ECF No. 4, was filed on March 9,
5 2018, thereafter plaintiff filed a Motion for Preliminary Injunction, ECF No.
6 7, on March 12, 2018. On March 19, 2018, counsel for Defendants contacted
7 counsel for plaintiff and indicated a willingness and desire to settle the
8 stated claims without litigation. The parties have twice previously agreed to
9 stipulate to extend the deadline to respond to the Motion for Preliminary
10 Injunction. The first stipulation was granted by the Court on March 23,
11 2018, ECF No. 13 and the second stipulation was granted by the Court on
12 April 18, 2018, ECF No. 17. As a result, the parties have made substantial
13 progress toward resolving this matter. However, the parties need an
14 additional two weeks to resolve the remaining open issues and document
15 their agreement. To that end, the parties stipulate to extend the deadline to
16 respond to the Motion for Preliminary Injunction an additional two weeks
17 (14 days) to finalize the settlement terms and prepare the settlement
18 agreement.
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

MORRIS LAW GROUP
411 E. BONNEVILLE AVE., STE. 360 · LAS VEGAS, NEVADA 89101
702/474-9400 · FAX 702/474-9422

The response to the Motion for Preliminary Injunction is currently due April 26, 2018. The reply in support of the motion for preliminary injunction is currently due May 3, 2018. The parties hereby stipulate that the deadline to respond to the Motion for Preliminary Injunction shall be extended to May 10, 2018, and any reply in support of the Motion for Preliminary Injunction shall be due on May 17, 2018. This represents an extension of 14 days, is the third request to extend any deadline in this case, and is made expressly for purposes of settlement.

Dated: April 26, 2018

MORRIS LAW GROUP

By: */s/ Jean-Paul Hendricks*
Steve Morris, Bar No. 1543
Jean-Paul Hendricks, Bar No. 10079
411 E. Bonneville Ave., Ste. 360
Las Vegas, Nevada 89101
Telephone: (702) 474-9400
sm@morrislawgroup.com
jph@morrislawgroup.com

LAW OFFICE OF VICTORIA E. BRIEANT
Victoria E. Brieant (Pro Hac Vice forthcoming)
4000 Ponce de Leon Blvd., #470
Coral Gables, FL 33146
Telephone: (305) 421-7200
victoria@brieantlaw.com

Attorneys for Plaintiff
Estrella Franchising Corp.

Dated: April 26, 2018

CLINGEN CALLOW & MCCLEAN, LLC

By: */s/ Kenneth J. Vanko*
Kenneth J. Vanko
Illinois Bar No. 6244048
2300 Cabot Drive, Suite 500
Lisle, Illinois 60352
Telephone: (630) 871-2609
vanko@ccmlawyer.com

Attorney for Defendants American Access Agency of Nevada, LLC, Don Turner, and American Access Casualty Company

///

///

3

**ORDER**

The parties' stipulation, (ECF No. 18), is so ordered.

_____
United States District Court Judge

DATED: May 4, 2018

Submitted by:

MORRIS LAW GROUP

By: */s/ Jean-Paul Hendricks*
Steve Morris, Bar No. 1543
Jean-Paul Hendricks, Bar No. 10079
411 E. Bonneville Ave., Ste. 360
Las Vegas, Nevada 89101
Telephone: (702) 474-9400
sm@morrislawgroup.com
jph@morrislawgroup.com

Attorneys for Plaintiff
Estrella Franchising Corp.

4